IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN WILLIAM CARTER,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 3:11cv403/MCR/EMT

**CLINTON WELLS KILLINGSWORTH,**

　　Defendant.
_____/

## ORDER

　　This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 23, 2011. (Doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

　　Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

　　Accordingly, it is now **ORDERED** as follows:

　　1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

　　2.　This cause is **DISMISSED** for lack of jurisdiction.

　　**DONE AND ORDERED** this 15th day of January, 2012.

　　　　　　　　　　　　　　　　　　　　*s/ M. Casey Rodgers*
　　　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**